**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN FERNANDO ROMAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCC LOMPOC,<br><br>Respondent. | Case No. CV 2:24-7582 MWC (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is dismissed and Judgment shall be entered dismissing this action without prejudice.

DATED: January 21, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE