JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN FERNANDO ROMAN,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN, FCC LOMPOC,<br><br>        Respondent. | Case No. CV 2:24-07582 MWC (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: January 21, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE